No. 405. POWELL *v.* TEXAS. Appeal from County Court at Law No. 1, Travis County. (Probable jurisdiction noted, *ante,* p. 810.) Motions of American Civil Liberties Union et al. and Philadelphia Diagnostic & Relocation Services Corp. for leave to file briefs, as *amici curiae,* granted. *Peter Barton Hutt* on the motion for American Civil Liberties Union et al.

No. 305. SECURITIES AND EXCHANGE COMMISSION *v.* NEW ENGLAND ELECTRIC SYSTEM ET AL. C. A. 1st Cir. (Certiorari granted, *ante,* p. 816.) Motion of Municipal Electric Association of Massachusetts for leave to file a brief, as *amicus curiae,* granted. Its motion to present oral argument, as *amicus curiae,* denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this matter. *George Spiegel* and *Worth Rowley* on the motions. *John R. Quarles, Richard B. Dunn, Richard W. Southgate* and *John J. Glessner III* for respondents in opposition.

No. 478. AMALGAMATED FOOD EMPLOYEES UNION LOCAL 590 ET AL. *v.* LOGAN VALLEY PLAZA, INC., ET AL. Sup. Ct. Pa. (Certiorari granted, *ante,* p. 911.) Motion of Retail Clerks International Association, AFL–CIO, for leave to file a brief, as *amicus curiae,* granted. *S. G. Lippman* and *Tim Bornstein* on the motion. *Robert Lewis* for respondents in opposition.

No. 155, Misc. IN RE DISBARMENT OF QUIMBY. It is hereby ordered, in light of the order of the United States District Court for the District of Columbia, dated November 13, 1967, that Charles H. Quimby III file by January 17, 1968, a further response to the order to show cause heretofore entered by this Court on May 29, 1967 [see 387 U. S. 927].

No. 728, Misc. OYLER *v.* PENNSYLVANIA. Motion for leave to file petition for writ of mandamus denied.